IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL STARBUCK,, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   No. CIV-08-1143-C |
| | ) |
| LOVE, BEAL AND NIXON, a domestic corporation; and MIDLAND CREDIT MANAGEMENT, a foreign corporation, | ) |
| | ) |
| Defendants | ) |

## O R D E R

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on October 27, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on October 29, 2008, Plaintiff paid the $350.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part. Plaintiff may proceed with service on Defendants.

IT IS SO ORDERED this 31st day of October, 2008.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge